UNITED STATES BANKRUPTCY COURT
District of Maine

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In re:

Brady Charles Dix
Melanie Ann Dix                         Chapter 13
                                        Case No. 08-21219

                Debtor
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER DISMISSING CASE

The debtor has not converted this case to a more appropriate chapter within the time frame given by the Order on Trustee's Motion to Dismiss dated July 11, 2013, DE # 156. This case is dismissed.

Dated: July 25, 2013

                                    /s/ James B. Haines, Jr.
                                    Honorable James B. Haines, Jr.
                                    U.S. Bankruptcy Court